**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHENZHEN JI'AN HEALTH TECHNOLOGY CO., LTD., <br><br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Civil Action No. 26-cv-1386 <br><br> **Judge: Hon. W. Scott Hardy** |

## PLAINTIFF'S SUPPLEMENT TO MOTION TO SHOW CAUSE

In accordance with the Court's Order, Dkt. No. 24, Plaintiff Shenzhen Ji'an Health Technology Co., Ltd. ("Plaintiff") submits this supplement in support of its Motion for Temporary Restraining Order, to Expedite Discovery, and for Order to Show Cause, Dkt. No. 3. Plaintiff states as follows:

1.      Plaintiff has not brought any action, claim, or proceeding in any court or tribunal in which Plaintiff sought protection of the same patent against any of the Defendants in the present case.

2.      As stated above, Plaintiff has not brought any earlier action against any Defendant in the present case.

3.      Plaintiff has conducted reasonable searches, including reviewing publicly available court records, and based on those efforts, as stated above, Plaintiff is aware of only three

Defendants who were previously included in an action in any U.S. jurisdiction related to intellectual property issues where a plaintiff was seeking a TRO:

| Defendant | Court | Case Number |
|---|---|---|
| Yidea | SDNY | 1:18-cv-10427-KPF |
| ABUMAYYALEH BROS | SDIN | 1:24-cv-01047-SEB-MKK |
| | NDIL | 1:24-cv-05836 |
| Lan & You | NDIL | 1:24-cv-00012 |

4.     Information regarding assets frozen in the current action:

i.     Pursuant to the Temporary Restraining Order entered by the Court, a total of $73,992.88 is currently frozen in Defendants' accounts.

ii.     The average dollar amount frozen per defendant in this action (excluding the excepted and dismissed defendants) is $4,624.56, calculated across all 16 remaining defendants.

iii.     The smallest and largest amounts so frozen are $0.00 in accounts related to Defendants Cyan Dust, Hao Ye beauty care franchise, Senlingkeji, and Yidea; and $44,848.17 in an account related to Defendant Massage Factory Flagship Store.

iv.     A list of all defendants with cumulative assets frozen greater than $10,000, and the corresponding amount is as follows:

Massage Factory Flagship Store — $44,848.17;

and Lan & You — $12,642.44.

2

Date: July 31, 2026

Respectfully submitted,

By: /s/ Keaton Smith
Keaton Smith IL #6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3799
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*